JOHN SWINTON et al., v. W. J. BUSH & CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 754.]

In the Matter of the Arbitration between U. S. VITAMIN CORPORATION et al., Respondents-Appellants, and HARRY E. DUBIN, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 693.]

SEYMOUR GREENE et al., v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 753.]

HOWARD M. FIBEL v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 753.]

GILDA DAVIS v. AARON WELBER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [See *ante,* p. 36.]

KAISER-FRAZER SALES CORPORATION v. HAROLD HERMAN et al., Individually and as Joint Adventurers or Copartners Doing Business under the Name of URBAN PROPERTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 758.]

In the Matter of the Construction of the Will of EVA S. McENANY, Deceased. CATHERINE S. ROTH, Appellant; ASBURY PARK NATIONAL BANK AND TRUST COMPANY, as Executor of CLARK S. SHIPMAN, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs to the respondent Asbury Park National Bank and Trust Company. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *ante,* p. 797.]

JOSEPH H. MULLIGAN, Doing Business under the Name of NEW ENGLAND CHEMICAL & PAINT COMPANY, v. CHARLES HARDY, INC.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 758.]

JOHN J. DE LURY, as President of the New York Joint Board of Sanitation Locals, A. F of L., et al., v. STANLEY B. KRASOWSKI et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs and stay vacated. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 692.]